FILED

06/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0140

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 21-0140

_____

SUTEY OIL COMPANY, INC.

                Appellee/Cross-Appellant,

    vs.

MONROE'S HIGH COUNTRY
TRAVEL PLAZA, LLC, a Montana
Limited Liability Company, and
MARVIN MONROE

            Appellant/Cross-Appellee.

_____

## ORDER GRANTING MONROE'S HIGH COUNTRY TRAVEL PLAZA, LLC AND MARVIN MONROE'S MOTION TO EXTEND BRIEFING DEADLINE

_____

Pursuant to Montana Rule of Appellate Procedure 26(2), and for good cause appearing, Appellant Monroe's High Country Travel Plaza and Marvin Monroe's Second Motion to Extend Briefing Deadline is GRANTED. Appellant shall have an extension up to and including August 2, 2021 in which to file and serve their opening brief.

DATED this____ day of June, 2021.

_____

c:      Dale Schowengerdt/Gregory Duncan
        Thomas Orr/ Gregory McDonnell/ David Bjornson

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2021